Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lawanda Bailey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA BAILEY,<br><br>       Plaintiff,<br><br>     vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>       Defendant | Case No.: CV 13-6862 JC<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,800.00, as

authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:     April 16, 2014

                              /s/
                  THE HONORABLE JACQUELINE CHOOLJIAN
                  UNITED STATES MAGISTRATE JUDGE